UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>    *Plaintiff*,<br><br>    v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>    *Defendant*. | Civ. A. No. 26-0872 (TSC) |

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's May 11, 2026 Minute Order.

1.    Plaintiff filed this suit on March 13, 2026 (ECF No. 1). Defendant answered the Complaint on May 6, 2026 (ECF No. 5). In this suit, Plaintiff seeks to compel the production of documents in response to the FOIA request it submitted on February 10, 2026, to Defendant United States Centers for Medicare & Medicaid Services ("CMS"), relating to "email correspondence and any attachments sent over a seven-month period of time in 2024 of one custodian." ECF No. 1 at ¶ 9.

2.    **Status of Request –** Defendant CMS conducted an initial search. On May 14, 2026, CMS's FOIA Office determined that the results of the search returned non-responsive records. CMS informed Plaintiff that its request did not return responsive records. On May 27, 2026, Plaintiff provided additional information about the scope of the records sought, as Plaintiff believes at least one record exists. On May 28, 2026, CMS's FOIA Office started a supplemental search, which is currently ongoing.

1

3.    **Anticipated Number of Responsive Documents** - Defendant anticipates that it will have an update for Plaintiff on the results of the supplemental search in the next 30 days.

4.    **Anticipated Date for Release of Responsive Documents -** Defendant anticipates that it will have an update for Plaintiff in the next 30 days.

5.    **Motion for Stay -** Defendant does not anticipate that an *Open America v. Watergate Special Prosecution Force et al.*, 547 F.2d 605 (D.C. Cir. 1976) stay is warranted.

6.    **Vaughn Index and Summary Judgment -** Given this update, Defendant believes that summary judgment briefing and the filing of a Vaughn Index is premature at this time.

7.    The Parties further propose that they update the Court with the progress of Defendant's determination and any proposed schedule for briefing in the next 30 days, *i.e.,* by July 9, 2026.

Dated: June 8, 2026
Washington, D.C.                                          Respectfully submitted,

                                                         JEANINE FERRIS PIRRO
                                                         United States Attorney

*/s/ Matthew D. Hardin*                                  */s/ Catherine J. Malycke*
MATTHEW D. HARDIN                                        CATHERINE J. MALYCKE
D.C. Bar No. 1032711                                     VA Bar No. 84952
Hardin Law Office                                        Assistant United States Attorney
101 Rainbow Drive # 11506                                601 D Street, NW
Livingston, TX 77399                                     Washington, D.C. 20530
Tel: (202) 802-1948                                      Tel: (202) 809-3495
MatthewDHardin@gmail.com                                 catherine.malycke@usdoj.gov

*Attorney for Plaintiff*                                 *Counsel for United States of America*