UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

GOVERNMENT ACCOUNTABILITY &
OVERSIGHT,

      *Plaintiff,*

    v.

CENTERS FOR MEDICARE & MEDICAID
SERVICES,

      *Defendant.*

Civ. A. No. 26-0872 (TSC)

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's July 9, 2026 Minute Order.

1.      Plaintiff filed this suit on March 13, 2026 (ECF No. 1). Defendant answered the Complaint on May 6, 2026 (ECF No. 5). In this suit, Plaintiff seeks to compel the production of documents in response to the FOIA request it submitted on February 10, 2026, to Defendant United States Centers for Medicare & Medicaid Services ("CMS"), relating to "email correspondence and any attachments sent over a seven-month period of time in 2024 of one custodian." ECF No. 1 at ¶ 9.

2.      The parties filed a joint status report on June 8, 2026 (ECF No. 6).

3.      As previously reported, Defendant CMS conducted an initial search. On May 14, 2026, CMS's FOIA Office determined that the results of the search returned non-responsive records. CMS informed Plaintiff that its request did not return responsive records. On May 27, 2026, Plaintiff provided additional information about the scope of the records sought, as Plaintiff believes at least one record exists. On May 28, 2026, CMS's FOIA Office started a supplemental

1

search.

4.      On July 9, 2026, CMA's FOIA Office reports that there are no responsive records.

5.      The Parties further propose that they update the Court with the progress of Defendant's determination in the next 30 days, *i.e.,* by August 10, 2026.

Dated: July 9, 2026
Washington, D.C.                                              Respectfully submitted,

                                                             JEANINE FERRIS PIRRO
                                                             United States Attorney

*/s/ Matthew D. Hardin*                          */s/ Catherine J. Malycke*
MATTHEW D. HARDIN                                CATHERINE J. MALYCKE
D.C. Bar No. 1032711                             VA Bar No. 84952
Hardin Law Office                                Assistant United States Attorney
101 Rainbow Drive # 11506                        601 D Street, NW
Livingston, TX 77399                             Washington, D.C. 20530
Tel: (202) 802-1948                              Tel: (202) 809-3495
MatthewDHardin@gmail.com                         catherine.malycke@usdoj.gov

*Attorney for Plaintiff*                         *Counsel for United States of America*