**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GOVERNMENT ACCOUNTABILITY
& OVERSIGHT,

      Plaintiff,

    v.

UNITED STATES CENTERS FOR
MEDICARE & MEDICAID SERVICES,
*et al.,*

      Defendants.

Civil Action No. 26-cv-0872 (TSC)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Government Accountability & Oversight and Defendants United States Centers for Medicare & Medicaid Services and United States Department of Health and Human Services, by and through undersigned counsel, hereby stipulate to the dismissal of this action without prejudice.

Dated: July 10, 2026

Respectfully submitted,

/s/ Matthew D. Hardin
Matthew D. Hardin
D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

 */s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for Defendants*